Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

REC'D USMS-FARGO, ND
'22 APR 21 PM 2:30

| | |
|---|---|
| United States of America<br>v.<br><br>Jeffrey Robert Knott<br><br>*Defendant* | )<br>)<br>) Case No. 3:22-cr-10-02<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jeffrey Robert Knott, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances
Conspiracy to Import Controlled Substances into the United States
International Money Laundering Conspiracy
Forfeiture Allegation

Date: 04/21/2022

/s/ Jackie Stewart
*Issuing officer's signature*

City and state: Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-21-2022, and the person was arrested on *(date)* 4-25-2022
at *(city and state)* Saint Cloud, MN.

Date: 4-25-2022

*Arresting officer's signature*

Sarah L. Thaden /Special Agent, FBI for SA Steven Noldin
*Printed name and title*       FBI