# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No.: 1:22-cr-10 |
| vs. | **DEFENDANT JEFFREY ROBERT KNOTT'S SENTENCING MEMORANDUM** |
| Jeffrey Robert Knott, | |
| Defendant, | |

Defendant, Jeffrey Robert Knott ("Jeffrey"), by and through his legal counsel, Jeff A. Bredahl, respectfully files this Sentencing Memorandum to provide this Court with all the relevant facts and circumstances regarding Jeffrey's case so the Court issues a sentence that is sufficient, but not greater than necessary, to comply with 18 U.S.C.§3553(a) factors.

WHEREFORE, Jeffrey respectfully requests this honorable Court adopt the parties' joint sentencing recommendation. In consideration of Jeffrey pleading guilty to the Information, the parties ask the Court to impose following sentence: 90-month period of incarceration, which is the joint recommendation between the Government and the Defendant; a reasonable period of supervised probation; and $100 in special assessment.

*(The remainder of this page is intentionally left blank)*

1

Dated: April 15, 2024.

                    Respectfully Submitted,

                    BREDAHL & ASSOCIATES, P.C.

                    Jeff A. Bredahl, ND ID#04717
                    3431 4th Avenue South, Suite 200
                    Fargo, North Dakota 58103
                    Tele: (701) 298-9363
                    Fax: (701) 298-9362
                    E-Service: office@ndjustice.com
                    Email: jeffb@ndjustice.com
                    ATTORNEYS FOR DEFENDANT